149 A.3d 552

## GRANT

v.

## CHARMAY, INC.

### Pet. Docket No. 278, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

(No. 13-C-16-106295, Circuit Court for Howard County).

Petition for writ of certiorari denied.

■

149 A.3d 552

## HANSBERGER

v.

## SMITH

### Pet. Docket No. 350, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Reported below: 229 Md.App. 1, 142 A.3d 679.

Petition for writ of certiorari denied.